1

2

3

4

5
                    UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
6                              AT SEATTLE

7
       STEVEN D. DOWDELL,
8
                              Plaintiff,
9
              v.                                    C20-1294 TSZ
10
       UNUM GROUP, a foreign                        MINUTE ORDER SETTING
11     corporation, and FIRST UNUM                  TRIAL DATE AND RELATED
       LIFE INSURANCE COMPANY, a                    DATES
12     foreign corporation,

13                            Defendants.

14          Having reviewed the parties' Joint Status Report, docket no. 8, indicating that the
       dispute in this matter is governed by the Employee Retirement Income Security Act of
15     1974 ("ERISA"), the Court sets the following dates and deadlines:

16          BENCH TRIAL DATE (1 day)                 September 13, 2021

17          Deadline for filing administrative record    January 11, 2021

18          Deadline for filing any motion to conduct
            limited discovery (such motion to be noted
            for the third Friday after filing)           February 18, 2021
19
            Deadline for filing dispositive motions      June 24, 2021
20
            All motions related to expert witnesses
21          (e.g., Daubert motion) must be filed by      July 1, 2021

22          Agreed pretrial order due                    August 20, 2021

23

Trial briefs and proposed findings of fact
and conclusions of law due                                    August 20, 2021

Pretrial conference scheduled for                       August 27, 2021 at 1:30 PM

The dates and deadlines set forth herein are firm and can be changed only by order of the Court.  The Court will alter this case schedule only upon good cause shown.  Counsel must be prepared to begin trial on the date scheduled, but should understand that the trial might have to await the completion of other cases.

The administrative record shall be filed under seal via the Case Management and Electronic Case Files ("CM/ECF") system.  A working copy of the administrative record must be provided to the Court at the time any dispositive motion is filed or at the time trial briefs are submitted, whichever occurs first.  The working copy shall be three-hole punched, appropriately tabbed, and bound by rubbers bands or clips.

If this case settles, counsel shall immediately notify Chambers at (206) 370-8830; failure to do so constitutes grounds for sanctions.  See Local Civil Rule 11(b).

A copy of this Minute Order shall be sent to all counsel of record.

Dated this 5th day of November, 2020.


William M. McCool
Clerk


/s/ Gail Glass
Deputy Clerk

MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES - 2